■ PEOPLE v OSCAR RODRIGUEZ. [660 NYS2d 714] —Upon the Court's own motion, this Court's unpublished order entered April 3, 1997 (M-1540) granting poor person relief and assigning counsel to prosecute defendant-appellant's appeal is *sua sponte* recalled and vacated, and *sua sponte,* the appeal is dismissed.

No avenue exists to appeal a judicial determination of a sex offender's risk assessment under New York's Sex Offender Registration Act (Correction Law § 168 *et seq.* ["Megan's Law"]). In the absence of such a legislative provision this Court has no jurisdiction. Although we recognize that the lack of provision for appellate review may raise constitutional questions

as to this portion of the statute, that issue is not before us. Concur—Murphy, P. J., Sullivan, Milonas, Rosenberger and Ellerin, JJ.